IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| TONIA BLISSET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 424-195 |
| | ) | |
| CLEARSTAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The November 20, 2024 Order directed the parties to file a joint status update by January 13, 2025, to advise the Court as to the status of this case if no dismissal had been filed by such date. (Doc. no. 10.) The deadline for the parties to file a dismissal or status update as set forth in the Court's Order has passed. However, nothing has been filed. Accordingly, the Court **ORDERS** the parties to file a joint status update in accordance with the Court's November 20th Order on or before January 21, 2025.

SO ORDERED this 14th day of January, 2025, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA